| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | OR | FILING DATE MO DAY YR | J | NATURE SUIT | DIV. | R | $ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0425 | 1 | 87 1459 | | 1 12 10 87 | 4 | 365 | 1 | 5 | 1,025 | 2511 | | 54055 | P | 87 1459 |

| CAUSE: | PLAINTIFFS | DEFENDANTS |
|---|---|---|
| | ROMANO, MICHAEL and ROMANO, CINDY | CRYOGENIC SERVICES, INC., a Georgia Corporation, and |

JT- 3 ~~~~

By Order of 3-18-88

( ~~LIQUID DELIVERY SYSTEMS, INC.,~~
( ~~a Minnesota Corporation, and~~
(\* ~~GEORGE W. KALET, an individual~~
  ~~15021 First Avenue south~~
\* ~~Burnsville, Minnesota 55337~~ )

By Order of ~~08-24-88~~ SCANNED

AMENDED COMPLAINT filed 3-18-88

Settled 4/12/89

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

P/I - Product Liability                                MLC

---

**ATTORNEYS**

Michael F. Gibson
~~JOHNSTON, HOLROYD & GIBSON~~ GIBSON & McFADDEN
~~1438 Main street~~ 1345 Mercer St.
Princeton, WV  24740

~~425-2103~~  425-8276

CRYOGENIC SERVICES, INC.

Lawrence E. Morhous, Esquire
HUDGINS, COULLING, BREWSTER, MORHOUS &
P. O. Box 529         CAMERON
Bluefield, WV  24701

325-9177

per phone 1-21-88 ~~LIQUID DELIVERY SYSTEMS, INC. and~~
~~GEORGE W. KALET~~

~~David L. White, Esquire~~
~~SANDERS, WATSON & WHITE~~
~~620 Law & Commerce Building~~
~~Bluefield, WV  24701~~

~~327-5106~~

---

| | CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|---|
| | | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | 12-10-87 | 030086 | | JS-5 | |
| | | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET                                    DC-111 (Rev. 1/87)

1:87-1459    MICHAEL ROMANO, al vs. CRYOGENIC SERVICES, INC.    1:87-1459

Case 1:87-cv-01459    Document 1    Filed 12/10/87    Page 2 of 3 PageID #: 2

| D | DATE | NR. | PROCEEDINGS | |
|---|---|---|---|---|
| | 1987 | | | |
| | Dec. 10 | 1 | COMPLAINT; iss summs & 2 cop ret 30 days (ret for svc via Secy. State) (Ptf's counsel advised Clk. of svc. of Combined Disc. Request to be svd w/ Complaint) | mlc |
| | | 2 | NON-RESIDENT BOND for $100 (dep in Reg. Acct. of Ct.) | mlc |
| | Dec. 30 | 3 | Secy. State's Ret. Rec. of svc. on dft. on 12-21-87 of Summs/Compl. & Request | mlc |
| | 1988 | | | |
| | Jan. 19 | 4 | ANSWER | mjp |
| | Jan. 27 | 5 | TIME FRAME ORDER (EVH) joinder 4-15-88; disc 10-4-88; disp mots 10-24-88; pto & chg 11-14-88 ptc 12-19-88, 11:30 a.m., Blfd; fsc 1-9-89, 11:30 a.m., Blfd; JT 1-10-89, 9:30 a.m., Blfd (cc counsel) | mlc |
| | Feb. 1 | 6 | Dft's Cert. Svc. of Responses to Ptfs' Req. for Admissions on counsel | mlc |
| | Feb. 26 | 7 | Ptfs' Cert. Svc. of Ptfs' Second Discovery Request upon all counsel | mlc |
| | Mar. 16 | 8 | Ptfs' Mot. for Leave to Amend Complaint | mlc |
| | Mar. 18 | 9 | ORDER (EVH) ptfs granted leave to amend complaint (to add parties) | mlc |
| | | 10 | AMENDED COMPLAINT; iss summs & 2 cop ret 30 days as to dfts. Liquid Delivery Systems, Inc. and George W. Kalet (ret for svc via Secy. state) | |
| | | 11 | NON-RESIDENT BOND FOR $100 cash obo dft. George Kalet (Dep. Reg. Acct., Chas.) | mlc |
| | | 12 | NON-RESIDENT BOND FOR $100 cash obo dft. Liquid Del. Systems, Inc. (Dep. Reg. Acct. Chas.) | mlc |
| | Mar. 21 | 13 | PROTECTIVE ORDER (EVH) granting dft Cryogenic Services, Inc's mot. for protective order protecting confidentiality of material to be produced to ptfs & their counsel in response to ptfs' disc requests herein; it is ORDERED all documents disclosed and/or produced by dft. to ptfs or their counsel pertaining ot its liquid carbon dioxide system to include, but not limited to, its design, manufacture, disbrituion and testing be & remain confidential and not be disclosed in any manner by ptfs or its counsel to any other person, firm, or other entity except by order of this Court upon mot. forllowing approp. notice to dft. (cc counsel) | mlc |
| | Mar. 29 | 14 | ANSWER of Cryogenic Services, Inc. to Amended Complaint | mlc |
| | Mar. 31 | 15 | Dft: Cryogenic Services, Inc.'s Cert. Svc. of said dft's Response to Ptfs' Second Disc. Request (Req. for Admission) upon counsel | mlc |
| | Apr. 14 | 16 | Secy. State's acceptance of svc. obo Liquid Delivery Systems, Inc. the Amended Complaint, on 3-23-88, AND Cert. Return Receipt card No. 75690 to Liquid Del. Systems, Inc. signed by Keith Kalet (no date given) | mlc |
| | | 17 | Secy. State's Ret. of Summs/Amended Compl. for George Kalet RETURNED UNCLAIMED (Ltr attached advising George Kalet's home address as 15021 First Avenue South, Burnsville, Minnesota 55337) | mlc |
| | April 19 | -- | PRAECIPE; re-iss summs & 2 cop ret 30 days as to dft. George W. Kalet (ret for svc via Secy. State) | mlc |
| | Apr. 26 | 18 | ORDER (EVH): by agmt. of counsel for parties herein, it is ORDERED that time in which dfts. George Kalet & Liquid Delivery Systems are required to file response to Amended Compl. is extended & said dfts. shall have until 5-21-88 to answer or otherwise plead (cc counsel) | mjp |
| | May 26 | 19 | Secy. State's acceptance of svc. of Amended Complaint obo George W. Kalet on 5-6-88 and signed Ret. Rec. Card signed by George W. Kalet on 5-9-88 | mlc |
| | June 24 | 20 | Dft. Cryogenic Services, Inc.'s Cert. Svc. of its amended response to ptfs' second disc. request upon counsel | mlc |
| | Aug. 24 | 21 | ORDER DISMISSING DEFENDANTS LIQUID DELIVERY SYSTEMS, INC. AND GEORGE W. KALET (EVH) dism dfts Liq. Del. Systems, Inc. and George W. Kalet w/prej; this action to remain on dkt solely w/respect to claims remaining pending herein as between ptfs. & dft Cryogenic Services, Inc. (cc counsel) | mlc |
| | Dec. 22 | 22 | ORDER (EVH): matter before Ct. via parties' joint mot. to cont. 1-10-89 trial date & vacate Ct.'s TFO entered 1-27-88 & said mot. is granted; disp. shall proceed as follows: ptc 4-3-89, 3:00 p.m., Blfd., fsc 4-17-89, 3:00 p.m., Blfd. & JT 4-18-89, 9:30 a.m., Blfd. (cc counsel) | mjp |
| | 1989 | | | |
| | Apr. 3 | 23 | PRETRIAL ORDER (EVH) (cc counsel) | mlc |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 1:87-1459 |
|---|---|---|
| MICHAEL ROMANO, al | CRYOGENIC SERVICES, INC. | PAGE ___ OF ___ PAGES |

PROCEEDINGS  PRE-TRIAL HELD APR 3 1989

| DATE | NR. | |
|---|---|---|
| 1989 Apr. 3 | 24 | ORDER (EVH) Clk to prepare & fwd to all counsel a photocopy of all questionnaires & informational forms for panel of jurors appearing for trial herein on 4-18-89 (cc counsel)   mlc |
| Apr. 10 | -- | PRAECIPE; iss 4 wit spas obo ptf ret 4-18-89, 9:30 a.m., Blfd (ret for svc)   mlc |
| Apr. 12 | -- | PRAECIPE; iss 1 wit spa obo ptf ret 4-18-89, 9:30 a.m., Blfd   mlc |
| May 11 | 25 | DISMISSAL ORDER (EVH) dismissing this action w/prej & stricken fr dkt as having been settled; (cc counsel)   mlc |
| | | CLOSED |
| 11-13-90 | 26 | ORDER (2511): Clk of Ct. to refund $100.00 dep. in Reg. Acct. of Ct. by ptfs' counsel for non-resident bond; (copies to counsel) EOD 11-13-90   mlc |
| 11-26-96 | 27 | ORDER (2507) transferring amt. of $234.36 to the Treasury in the name and to the credit of the United States, same having been on deposit in Registry of Court for more than 5 years (cc: pltfs.' counsel)   mjp |